IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC                                : CIVIL ACTION
                                                 :
                                                 : NO. 5-12-CV-2088
             Plaintiff                           :
                                                 :
v.                                               :
                                                 :
JOHN DOES 1-22                                   :
             Defendant                           :

## ORDER

Now, this _____ day of _____, 2012 upon consideration of the Motion of John Doe #10 to Vacate the Order Granting Leave to File Subpoena, to Quash the Subpoena and in the Alternative for a Protective Order, it is hereby ORDERED that the Motion is GRANTED. The Order entered on May 18, 2012 granting Plaintiff leave to serve third party subpoenas is hereby VACATED and the subpoena issued to Comcast Corporation is therefore QUASHED. To the extent any information has already been provided to Plaintiff as a result of the aforesaid Order and subpoena, any such information shall be kept confidential, all records received via the subpoena destroyed and no such information or records may be utilized in conjunction with this Action.

BY THE COURT:

_____
                             J.

{00983801;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC | : CIVIL ACTION |
| | : |
| | : NO. 5-12-CV-2088 |
| Plaintiff | : |
| v. | : |
| JOHN DOES 1-22 | : |
| Defendant | : |

### ORDER

Now, this _____ day of _____, 2012 upon consideration of the Defendant John Doe #10's Motion to Vacate Order Granting Leave to File Subpoena, to Quash Subpoena and in the Alternative for a Protective Order, it is hereby ORDERED that a Protective Order is issued with regard to any and all information disclosed arising from any subpoena issued pursuant to this Court's Order entered May 18, 2012. Specifically, it is ORDERED that public disclosure of any information relating to John Doe #10 is prohibited and any party filing any pleading or document referring to the true identity of John Doe #10 is required to redact the identity of John Doe #10, and any and all information that would reveal the identity of John Doe #10, or in the alternative to file the pleading or other document under seal.

BY THE COURT:

_____
J.

{00983803;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC | : CIVIL ACTION |
| | : |
| | : NO. 5-12-CV-2088 |
| Plaintiff | : |
| v. | : |
| JOHN DOES 1-22 | : |
| Defendant | : |

## DEFENDANT JOHN DOE #10'S MOTION TO VACATE ORDER GRANTING LEAVE TO FILE SUBPOENA, TO QUASH SUBPOENA AND IN THE ALTERNATIVE FOR A PROTECTIVE ORDER

Defendant, John Doe #10, by and through its attorneys, Hamburg, Rubin, Mullin, Maxwell & Lupin, a Professional Corporation, respectfully moves this Honorable Court to vacate its Order dated May 18, 2012 granting Plaintiff's Motion for Leave to Serve Third Party Subpoenas prior to Rule 26(f) conference, to quash the subpoena issued to Comcast Corporation and in the alternative for a Protective Order for the reasons more fully set forth in the accompanying Memorandum of Law.

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: _____
ETHAN R. O'SHEA, ESQUIRE
Attorney for Defendant #10
ID# 69713
375 Morris Rd., PO Box 1479
Lansdale, PA 19446
215-661-0400
eoshea@hrmml.com

Date: July 5, 2012

{00983788;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC | : CIVIL ACTION |
| | : |
| | : NO. 5-12-CV-2088 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| JOHN DOES 1-22 | : |
| Defendant | : |

## CERTIFICATE OF SERVICE

I, Ethan R. O'Shea, Esquire, hereby certify that on the date listed below, a true and correct copy of Defendant's Motion to Vacate Order Granting Leave to File Subpoena, to Quash Subpoena and in the Alternative for a Protective Order was served via ECF/Pacer and first class mail upon the following individuals:

Christopher P. Fiore, Esquire
Fiore & Barber LLC
425 Main Street, Suite 200
Harleysville, PA  19438

Thad Melvin Gelsinger, Esquire
Leisawitz, Heller, Abramowitch, Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA 19610

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

BY: _____
ETHAN R. O'SHEA, ESQUIRE
Attorney for Defendant #10
ID# 69713
375 Morris Rd., PO Box 1479
Lansdale, PA  19446
215-661-0400
eoshea@hrmml.com

Date: 7/5/12

{00983807;v1 }