IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC | : CIVIL ACTION |
| | : |
| | : NO. 5-12-CV-2088 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| JOHN DOES 1-22 | : |
| Defendant | : |

### DEFENDANT JOHN DOE #10'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE ORDER GRANTING LEAVE TO FILE SUBPOENA, TO QUASH SUBPOENA AND ALTERNATIVELY FOR PROTECTIVE ORDER

Defendant John Doe #10 joins in and hereby incorporates herein by reference the Motion and Memorandum of Law to Vacate Order granting Leave to File Subpoena, to Quash Subpoena, and alternatively for Protective Order filed by John Doe #14.

                                              HAMBURG, RUBIN, MULLIN,
                                              MAXWELL & LUPIN

BY: _____
      ETHAN R. O'SHEA, ESQUIRE
      Attorney for Defendant #10
      ID# 69713
      375 Morris Rd., PO Box 1479
      Lansdale, PA 19446
      215-661-0400
      eoshea@hrmml.com

Date: 7/5/12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC | : CIVIL ACTION |
| | : |
| | : NO. 5-12-CV-2088 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| JOHN DOES 1-22 | : |
| Defendant | : |

### CERTIFICATE OF SERVICE

I, Ethan R. O'Shea, Esquire, hereby certify that on the date listed below, a true and correct copy of Defendant's Memorandum of Law in Support of Motion to Vacate Order Granting Leave to File Subpoena, to Quash Subpoena and in the Alternative for a Protective Order was served via ECF/Pacer and first class mail upon the following individuals:

Christopher P. Fiore, Esquire
Fiore & Barber LLC
425 Main Street, Suite 200
Harleysville, PA  19438

Thad Melvin Gelsinger, Esquire
Leisawitz, Heller, Abramowitch, Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA 19610

                                            HAMBURG, RUBIN, MULLIN,
                                            MAXWELL & LUPIN

BY: _____
        ETHAN R. O'SHEA, ESQUIRE
        Attorney for Defendant #10
        ID# 69713
        375 Morris Rd., PO Box 1479
        Lansdale, PA  19446
        215-661-0400

Date: 7/5/12        eoshea@hrmml.com

{00983807;v1 }