DATE OF NOTICE:  October 5, 2012

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>           Plaintiff,<br><br>           v.<br><br>**JOHN DOES 1-16,**<br>           Defendants. | **CIVIL ACTION NO. 12-2078** |
| **MALIBU MEDIA, LLC,**<br>           Plaintiff,<br><br>           v.<br><br>**JOHN DOES 1-14,**<br>           Defendants. | **CIVIL ACTION NO. 12-2084** |
| **MALIBU MEDIA, LLC,**<br>           Plaintiff,<br><br>           v.<br><br>**JOHN DOES 1-22,**<br>           Defendants. | **CIVIL ACTION NO. 12-2088** |

**NOTICE**

A Bellwether Trial will be held on **Tuesday, April 2, 2013, at 9:30 a.m.** in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106 with the Honorable Michael M. Baylson regarding all outstanding Motions.

/s/ Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc:     Christopher P. Fiore, Esquire (cfiore@fiorebarber.com)
        Ronald A. Smith, Esquire (ronaldasmithesq@aol.com)
        John Doe, a/k/a Dietrolldie (US mail)
        Charles Thomas, Jr., Esquire (ct@thomastrials.com)
        Thad Melvin Gelsinger, Esquire (tgelsinger@leisawitzheller.com)
        Ethan R. O'Shea, Esquire (eoshea@hrmml.com)
        John Doe #1 (US mail)

O:\CIVIL 12\12-2078 Malibu Media v. John Does 1-16\12cv2078.12cv2084.12cv2088.trial.notice.wpd