UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Malibu Media, LLC<br>*Plaintiff*<br>v.<br>John Does 1, 13, and 14<br>*Defendants* | Civil Action<br><br>5:12-CV-02088-MBB<br><br>Hon. Michael M. Baylson |

## NOTICE OF APPEARANCE

To the Clerk:

Kindly enter my appearance on behalf of Doe #13 in this action.

Respectfully Submitted,

_____
A. Jordan Rushie (209066)
Mulvihill & Rushie LLC
2424 East York Street, Suite 316
Philadelphia, PA 19125
Tel: (215) 385-5291
Fax: (215) 525-0909
Jordan@Fishtownlaw.com

*Attorneys for Defendant Doe #13*

Dated: November 13, 2012

**CERTIFICATE OF SERVICE**

  I certify that on Tuesday, November 13, 2012, a copy of this Entry of Appearance was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

_____
A. Jordan Rushie