**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff | : | Civil Action No. 5:12-cv-02088 |
| | : | |
| vs. | : | |
| | : | |
| JOHN DOES 1-22, | : | |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration

of Defendant, John Doe No. 14's, Motion for Extension of Time to File a Response to

Plaintiff's Amended Complaint, and any response thereto, it is hereby ORDERED and

DECREED that the Motion is GRANTED.  Defendant is granted an extension of time to

file a response to Plaintiff's Amended Complaint through November 20, 2012.

BY THE COURT:

_____

Honorable Michael M. Baylson