CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2012, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  Respectfully Submitted

BY:    */s/ Thad M. Gelsinger*_____
           Thad M. Gelsinger, Esquire