# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | § | CIVIL ACTION NO. |
| | § | 5:12-cv-02088-MMB |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| JOHN DOES 1-22, | § | Hon. Michael M. Baylson |
| | § | |
| Defendant | § | |
| | § | |

**ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of Defendant's Motion for an Extension of Time, and Plaintiff's response, it hereby is ordered that the motion is granted. Defendant is granted an extension of time to file its response to Plaintiff's Amended Complaint through November 20, 2012.

BY THE COURT:

_____
Honorable Michael M. Baylson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | § § | CIVIL ACTION NO. 5:12-cv-02088-MMB |
| Plaintiff, | § § § § § | |
| JOHN DOES 1-22, | § § | Hon. Michael M. Baylson |
| Defendant | § § | |

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, John Doe No. 1, by and through its counsel, Leonard J. French, Esq., moves this Honorable Court for an extension of time to respond to Malibu Media, LLC's Amended Complaint. Defendant states the following in support of its motion:

1. Plaintiff Malibu Media, LLC filed its Amended Complaint with this honorable Court on November 2, 2012.

2. A response to the Amended Complaint is due on or after November 16, 2012.

3. Defendant's counsel has been preparing an appropriate response to Plaintiff's Amended Complaint.

4. Given the nature of the issues involved with this matter, additional time is required for a full and complete response to the allegations contained in Plaintiff's Amended Complaint.

5. The instant Motion is not intended to cause delay.

6. No parties will be prejudiced by an extension of time.

WHEREFORE, Defendant, John Doe No. 1, respectfully requests this Honorable Court enter the above proposed order, along with any other relief the court deems necessary, just, and proper.

        Respectfully submitted,

        By: /s/ Leonard French
        Leonard J. French
        Attorney for DOE #1
        PA Bar: 312413
        The Law Offices of Leonard J. French
        P.O. Box 9125
        Allentown, PA 18105
        Telephone: (610) 537-3537
        Facsimile: (888) 262-0632
        Email: ljfrench@leonardjfrench.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        Respectfully submitted,

        By: /s/ Leonard French
        Leonard J. French
        Attorney for DOE #1