# EXHIBIT C

# Business Entity Detail

Data is updated weekly and is current as of Friday, November 16, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | MALIBU MEDIA, LLC |
| Entity Number: | 201103910088 |
| Date Filed: | 02/08/2011 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 31356 BROAD BEACH RD |
| Entity City, State, Zip: | MALIBU CA 90265 |
| Agent for Service of Process: | BRIGHAM FIELD |
| Agent Address: | 31356 BROAD BEACH RD |
| Agent City, State, Zip: | MALIBU CA 90265 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to [Name Availability](#).
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to [Information Requests](#).
- For help with searching an entity name, refer to [Search Tips](#).
- For descriptions of the various fields and status types, refer to [Field Descriptions and Status Definitions](#).

[Privacy Statement](#) | [Free Document Readers](#)

Copyright © 2012    California Secretary of State