# EXHIBIT D

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Month   Day   Year

Title of Work ▼

Tori The Endless Orgasm

Registration Number of the Basic Registration ▼

PA 1-762-082

Year of Basic Registration ▼

2011

Name(s) of Author(s) ▼

Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼

Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a          Line Heading or Description  Name of author; work made for hire

Incorrect Information as it Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____     Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ · Complete all applicable spaces (D-G) on the reverse side of this page   · See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

# EXHIBIT B

BASIC REGISTRATION   ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told this agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228 _____ Fax ( 786) 431-2229 _____ Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant   ☐ owner of exclusive right(s)   ☑ duly authorized agent of   Malibu Media, LLC

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq. _____ Date ▼ 09/13/2012

Handwritten signature (X) ▼ _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL 33131 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev. 07/2006   Print: 07/2006—100   Printed on recycled paper

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

U.S. Government Printing Office, 2006—xxx-xxx/xxx

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼   Tiffany Teenagers In Love

Registration Number of the Basic Registration ▼
PA 1-762-019

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 2a          Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D–G) on the reverse side of this page.
                 • See detailed instructions.          • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

BASIC REGISTRATION   ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228        Fax ( 786) 431-2229        Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  Name of author or other copyright claimant, or owner of exclusive right(s) ▲  Malibu Media, LLC

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.        Date ▶ 09/13/2012

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼ Emilie Kennedy, Esq.

Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼ Miami, FL 33131

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006—xx,000   Printed on recycled paper        U.S. Government Printing Office 2006:xxx-xxx/xx,xxx

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Mina's Fantasy

Registration Number of the Basic Registration ▼

PA 1-762-078

Year of Basic Registration ▼

2011

Name(s) of Author(s) ▼

Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼

Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a   Line Heading or Description   Name of author, work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ___   Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page   • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ____ pages

BASIC REGISTRATION    ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email  EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
                                    ☑ duly authorized agent of    Malibu Media, LLC
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                     Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ |
| | 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ |
| | Miami, FL  33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev. 07/2006   Print: 07/2006—xx,000   Printed on recycled paper          U.S. Government Printing Office 2006:xxx-xxx/xx,xxx

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Megan Morning Bath

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-762-077 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a        Line Heading or Description    Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.    Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.          · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

BASIC REGISTRATION ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228      Fax ( 786 ) 431-2229      Email EKennedy@LEBFirm.com

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Malibu Media, LLC
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emille Kennedy, Esq.      Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emille Kennedy, Esq. |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL 33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full  Rev. 07/2006  Print: 07/2006—xxx,000  Printed on recycled paper      U.S. Government Printing Office: 2006—xxx-xxx/xx,xxx

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Leila Sex On The Beach

Registration Number of the Basic Registration ▼
PA 1-762-063

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _2a_            Line Heading or Description _Name of author; work made for hire_

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____            Line Heading or Description

Amplified Information and Explanation of Information ▼

DO NOT WRITE HERE

Page 1 of _____ pages

BASIC REGISTRATION   ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228          Fax ( 786) 431-2229          Email  EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼   09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print 07/2006——020   Printed on recycled paper          U.S. Government Printing Office 2006——x/xx,xxx

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼  Leila Faye Awesome Threesome

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-776-804 | 2012 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___   Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

BASIC REGISTRATION ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228    Fax ( 786 ) 431-2229    Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.     Date ▼ 09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006—xx,000   Printed on recycled paper       U.S. Government Printing Office 2006—xxx-xxx/xx,xxx

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Kristen Girl Next Door

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-762-076 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a          Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.   Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description

Amplified Information and Explanation of Information ▼

BASIC REGISTRATION   ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register the work as a work for hire authored by Malibu Media, LLC.

Correspondence Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228 _____ Fax ( 786) 431-2229 _____ Email EKennedy@LEBFirm.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

_____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼ _____

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Emilie Kennedy, Esq. |
| | **Number/Street/Apt ▼** 2 South Biscayne Boulevard, Suite 3800 |
| | **City/State/ZIP ▼** Miami, FL  33131 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2008   Print: 07/2008—xx,000   Printed on recycled paper                    U.S. Government Printing Office: 2008—xxx-xxx/xx,xxx

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Katka Sweet Surprise

Registration Number of the Basic Registration ▼

PA 1-762-075

Year of Basic Registration ▼

2011

Name(s) of Author(s) ▼

Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼

Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number_2a_____ Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number_____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D–G) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at Space F.   Page 1 of _____ pages

BASIC REGISTRATION   ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email  EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼  09/13/2012

Handwritten signature (X) ▼

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Certificate will be mailed in window envelope to this address:

Name ▼  Emilie Kennedy, Esq.
Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800
City/State/ZIP ▼  Miami, FL  33131

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full  Rev.07/2006  Print:07/2006——,000  Printed on recycled paper          U.S. Government Printing Office: 2006——/xx,xxx

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Month   Day   Year

**Title of Work ▼**

Kafka Curri Like Crazy

**Registration Number of the Basic Registration ▼**

PA 1-762-074

**Year of Basic Registration ▼**

2011

**Name(s) of Author(s) ▼**

Malibu Media, LLC

**Name(s) of Copyright Claimant(s) ▼**

Malibu Media, LLC

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

**Corrected Information ▼**

Brigham Field, not a work made for hire

**Explanation of Correction ▼**

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   · Complete all applicable spaces (D-G) on the reverse side of this page
· See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

BASIC REGISTRATION   ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228     Fax ( 786) 431-2229     Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Malibu Media, LLC

             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.       Date ▼ 09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

YOU MUST:
· Complete all necessary spaces
· Sign your application in Space F
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full  Rev 07/2006    Print: 07/2006—xxx,000  Printed on recycled paper         U.S. Government Printing Office; 2006—xxx-xxx/xx,xxx

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Kat Translucence

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-762-073 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a    Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D–3) on the reverse side of this page.          DO NOT WRITE HERE
                 • See detailed instructions.          • Sign the form at Space F.                  Page 1 of ____ pages

BASIC REGISTRATION   ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228                    Fax ( 786 ) 431-2229                    Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Emilie Kennedy, Esq. |
| | **Number/Street/Apt. ▼** 2 South Biscayne Boulevard, Suite 3800 |
| | **City/State/ZIP ▼** Miami, FL 33131 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006—×,000   Printed on recycled paper                    U.S. Government Printing Office: 2006—×××-×××/××,×××

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Jennifer Naughty Angel

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-776-809 | 2012 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___2a___     Line Heading or Description   Name of author, work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____     Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.        DO NOT WRITE HERE
• See detailed instructions.      • Sign the form at Space F.                                   Page 1 of ___ pages

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of     Malibu Media, LLC
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼  09/13/2012

Handwritten signature (X) ▼

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼**<br>Emilie Kennedy, Esq.<br>**Number/Street/Apt ▼**<br>2 South Biscayne Boulevard, Suite 3800<br>**City/State/ZIP ▼**<br>Miami, FL 33131 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full  Rev: 07/2006  Print: 07/2006—xxx,000  Printed on recycled paper          U.S. Government Printing Office, 2006—xxx,xxx/xxx

Month;   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

The Girl in My Shower

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-783-549 | 2012 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description _Name of author; work made for hire_

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▷   · Complete all applicable spaces (D-G) on the reverse side of this page.   · See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.
Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* 1. the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)          ☑ duly authorized agent of          Malibu Media, LLC
                                                                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                                        Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL 33131 |

YOU MUST:
· Complete all necessary spaces
· Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—xx,000   Printed on recycled paper                                        U.S. Government Printing Office: 2006—xxx-xxx/xx,xxx

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Daddy's Office

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-776-838 | 2012 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a    Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie. Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
• Use detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.
Continuation of □ Part B or □ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228      Fax ( 786) 431-2229      Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
□ author
□ other copyright claimant
☑ owner of exclusive right(s)
□ duly authorized agent of    Malibu Media, LLC
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.      Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ |
| | Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ |
| | 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ |
| | Miami, FL 33131 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006——.000   Printed on recycled paper        U.S. Government Printing Office: 2006——-xxx/xx,xxx

BE SURE TO:
• Complete all necessary spaces
• Sign your application in Space 8

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Carlie Leila Strawberries and Wine

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-762-081 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number __2a__     Line Heading or Description __Name of author; work made for hire__

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____     Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (G-I) on the reverse side of this page   • Sign the form at Space F.
               • See detailed instructions.

DO NOT WRITE HERE
Page 1 of _____ pages

BASIC REGISTRATION   ... YES □ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.
Continuation of: ☑ Part B or □ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228          Fax ( 786) 431-2229          Email  EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ duly authorized agent of  Malibu Media, LLC

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:
Name ▼ Emilie Kennedy, Esq.
Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800
City/State/ZIP ▼ Miami, FL 33131

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full  Rev. 07/2006—xxx,000  Printed on recycled paper          U.S. Government Printing Office 2006—xxx-xxx/xxx

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 9
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

Carlie Big Toy Orgasm

Registration Number of the Basic Registration ▼

PA 1-776-839

Year of Basic Registration ▼

2012

Name(s) of Author(s) ▼

Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼

Malibu Media, LLC

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number   2a          Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D–G) on the reverse side of this page.   DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.                 Page 1 of _____ pages

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.
Continuation of: ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228                 Fax ( 786) 431-2229                 Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Malibu Media, LLC
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                 Date ▼ 09/13/2012

Handwritten signature (X) ▼    _[signature]_

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—xx000   Printed on recycled paper                 U.S. Government Printing Office 2006–xxx/xx,xxx

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Carlie Beautiful Blowjob

Registration Number of the Basic Registration ▼

PA 1-762-079

Year of Basic Registration ▼

2011

Name(s) of Author(s) ▼

Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼

Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a   Line Heading or Description  Name of author, work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.                Page 1 of _____ pages

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228      Fax ( 786) 431-2229      Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Malibu Media, LLC
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.      Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL 33131 |

YOU MUST:
· Complete all necessary spaces
· Sign your application in Space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev 07/2009   Print 07/2009——1,000   Printed on recycled paper      U.S. Government Printing Office: 2009——xxx-xxx/xx,xxx