# EXHIBIT E

## Copyright Assignment Agreement

This Copyright Assignment is entered into by and between Brigham Field ("Assignor") and Malibu Media, LLC ("Assignee"). Now therefore, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Assignor hereby sells, assigns, transfers, conveys, and delivers to the Assignee all of Assignor's right, title, and interest in and to the copyrights for the motion pictures listed below (the "Works") including all registrations and applications covering the Works.

By: _____
Brigham Field (Assignor)

By: _____
Malibu Media, LLC (Assignee)

### The Works

1. Carlie Beautiful Blowjob
   Date of First Publication: November 11, 2011

2. Carlie Leila Strawberries and Wine
   Date of First Publication: November 18, 2011

3. Kat Translucence
   Date of First Publication: November 19, 2011

4. Katka Cum Like Crazy
   Date of First Publication: November 21, 2011

5. Katka Sweet Surprise
   Date of First Publication: August 4, 2010

6. Kristen Girl Next Door
   Date of First Publication: August 25, 2012

7. Leila Sex On The Beach
   Date of First Publication: December 22, 2010

8. Megan Morning Bath
   Date of First Publication: February 12, 2010

9. Mina's Fantasy
   Date of First Publication: June 25, 2010

10. Tiffany Teenagers In Love
    Date of First Publication: December 29, 2010

## Copyright Assignment Agreement

This Copyright Assignment is entered into by and between Brigham Field ("Assignor") and Malibu Media, LLC ("Assignee"). Now therefore, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Assignor hereby sells, assigns, transfers, conveys, and delivers to the Assignee all of Assignor's right, title, and interest in and to the copyrights for the motion pictures listed below (the "Works") including all registrations and applications covering the Works.

By: _[signature]_
Brigham Field (Assignor)

By: _[signature]_
Malibu Media, LLC (Assignee)

1. Tori The Endless Orgasm
   Date of First Publication: December 20, 2010

2. Carlie Big Toy Orgasm
   Date of First Publication: March 22, 2010

3. Daddy's Office
   Date of First Publication: November 12, 2010

4. Girl In My Shower
   Date of First Publication: October 23, 2009

5. Jennifer Naughty Angel
   Date of First Publication: November 5, 2010

6. Leila Faye Awesome Threesome
   Date of First Publication: February 2, 2011

7. Leila Sex On The Beach
   Date of First Publication: December 22, 2010