A. Jordan Rushie, PA Bar #209066
Mulvihill & Rushie LLC
2424 East York Street, Suite 316
Philadelphia, PA 19125
215-385-5291
Jordan@FishtownLaw.com

Marc J. Randazza, (pro hac vice pending)
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Defendant,
John Doe # 13

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Malibu Media, LLC, | ) | Case No.: 11-cv-02088-MBB |
| | ) | |
| Plaintiff, | ) | **DOE #13'S NOTICE OF CORRECTION** |
| | ) | **TO MOTION TO DISMISS** |
| vs. | ) | |
| | ) | |
| John Does 1-22, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CORRECTION

Defendant Doe #13's Memorandum of Law in Support of the Motion to Dismiss (Dkt. 55) states

on page 2 that "Five of Malibu's lawsuits were filed in this district on the very day that Malibu

Media, LLC came into existence." This is incorrect. The suits cited were filed a year after Malibu

Media, LLC was formed.

                                    /S/
                      By:    _____
                                    A. JORDAN RUSHIE, ESQUIRE
                                    Mulvihill & Rushie LLC

2424 East York Street, Suite 316
Philadelphia, PA 19125
(215) 385-5291
(215) 525-0909
Jordan@FishtownLaw.com


Marc J. Randazza, (pro hac vice pending)
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Defendant, Doe #13

**<u>Certificate of Service</u>**

I, A. Jordan Rushie, certify that I served all parties of record with the above Notice of Correction via CM/ECF on December 4, 2012.

/S/
A. Jordan Rushie