IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MALIBU MEDIA, LLC, Plaintiff, v. JOHN DOES 1-16, Defendants. | CIVIL ACTION NO. 12-2078 |
|---|---|
| MALIBU MEDIA, LLC, Plaintiff, v. JOHN DOES 1-14, Defendants. | CIVIL ACTION NO. 12-2084 |
| MALIBU MEDIA, LLC, Plaintiff, v. JOHN DOES 1-22, Defendants. | CIVIL ACTION NO. 12-2088 |

FILED
DEC 26 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 26th day of December, 2012, it is hereby ORDERED that the Motions to Dismiss Plaintiff's Amended Complaint filed by John Doe 1 (ECF 57 in 12-2088), John Doe 6 (ECF 42 in 12-2084), John Doe 13 (ECF 55 in 12-2088), and John Doe 14 (ECF 56 in 12-2088), are DENIED. An accompany Memorandum of Law will follow within two weeks.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.12CV2084.12CV2088.ORDER MTD.122612.DOCX