**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

```
---------------------------------------------------------------X
                                              :
MALIBU MEDIA, LLC,                            :
                                              :   Civil Action No. 5:12-cv-02088-MMB
                        Plaintiff,            :
                                              :
            vs.                               :
                                              :
JOHN DOES 1, 13, and 14,                      :
                                              :
                        Defendants.           :
                                              :
---------------------------------------------------------------X
```

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, Malibu Media, LLC, and Defendant, John Doe 13 ("Defendant"), move for the

entry of an order allowing the parties to file under seal another Joint Motion, seeking among

other things, an evidentiary hearing, and state that good cause exists to grant this motion as will

be made clear upon the Court's review of the Joint Motion, which will be immediately filed upon

the Court granting the instant motion.  A proposed order is attached for the Court's convenience.

Dated: January 8, 2013


Respectfully submitted,

 /s/ *Christopher P. Fiore*_____         /s/ *Jordan Rushie*_____
Christopher P. Fiore, Esquire               Jordan Rushie, Esquire
Fiore & Barber, LLC                         Mulvihill & Rushie LLC
425 Main Street, Suite 200                  2424 East York Street, Suite 316
Harleysville, PA 19438                      Philadelphia, PA, 19125
Tel: (215) 256-0205                         Tel: (215) 385-5291
Fax: (215) 256-9205                         Fax: (215) 525-0909
Email: cfiore@fiorebarber.com               Email: Jordan@FishtownLaw.com
*Attorney for Malibu Media, LLC*            *Attorney for John Doe 13*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on January 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

           By:  <u>/s/ *Christopher P. Fiore*    </u>