UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                           :
:   Civil Action No. 5:12-cv-02088-MMB
          Plaintiff,                             :
:
          vs.                                    :
:
JOHN DOES 1, 13, and 14,                                     :
:
          Defendants.                            :
:
------------------------------------------------------------X

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE UNDER SEAL**

    THIS CAUSE came before the Court upon the parties' Joint Motion for Leave to File Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

    ORDER AND ADJUDGE: The parties' Motion is granted. The parties may file their new Join Motion under seal.

    SO ORDERED this ___ day of _____, 2013.


                                   By: _____
                                        **UNITED STATES DISTRICT JUDGE**