UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOES 1, 6, 13, 14, and 16,

                Defendants.
------------------------------------------------------------X

Civil Action No. 2012-2078

Consolidated from Cases:
2:12-cv-02078-MMB
2:12-cv-02084-MMB
5:12-cv-02088-MMB

## ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOHN DOE 6 WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's Complaint against Defendant John Doe 6 With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint against Defendant John Doe 6 is hereby dismissed with prejudice.

SO ORDERED this 7th day of Feb, 2013.

By: _____
UNITED STATES MAGISTRATE JUDGE