UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR 12 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

---------------------------------------------------------------X

MALIGU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOES 1, 6, 13, 14, and 16,

                Defendants.

---------------------------------------------------------------X

Civil Action No. 2012-2078

Consolidated from Cases:
2:12-cv-02078-MMB
2:12-cv-02084-MMB
5:12-cv-02088-MMB

## ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FANTALIS WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's Complaint against Defendant John Doe 14 With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint against Defendant John Doe 14 is hereby dismissed with prejudice.

SO ORDERED this 11th day of April, 2013.

By: _____
UNITED STATES JUDGE