IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MALIBU MEDIA, LLC,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN DOES 1, 6, 13, 14, and 16<br>　　　　Defendants. | CIVIL ACTION NO. 12-2078<br><br>[Related and Consolidated:　12-2084<br>　　　　　　　　　　　　　　　　12-2088] |
|---|---|

### ORDER

**AND NOW,** this 23rd day of May, 2013, following an extensive Evidence Rule 104 hearing on admissibility of computer hard drives and related material, and with agreement of counsel, the Court **ORDERS:**

1. Exhibit C will be transported to Mr. Fiore forthwith.

2. The cross-examination of defendant John Doe 16 will take place by deposition, which will include exhibition of Exhibit C on John Doe 16's personal computer. There will also be an exhibition of the original hard drive sent by John Doe 16 to plaintiff, which was mailed back to John Doe 16 and is currently being held by the Court.

3. Transcripts of today's hearing and the deposition will be provided by plaintiff to the Court and defense counsel by Monday, June 3, 2013 with any errata sheets by Tuesday, June 4, 2013.

4. Motions in limine are now due Thursday, May 30, 2013 and responses by Thursday, June 6.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.052313.RULE104.HEARING.DOCX